```
                                              ___ FILED        ___ RECEIVED
                                              ___ ENTERED      ___ SERVED ON
                                                   COUNSEL/PARTIES OF RECORD

                                                      APR - 7 2021

                                                  CLERK US DISTRICT COURT
                                                     DISTRICT OF NEVADA
                                              BY:_____ DEPUTY
```

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  LISA CARTIER-GIROUX
   Email: Lisa.Cartier-Giroux@usdoj.gov
4  KIMBERLY SOKOLICH
   Email: Kimberly.Sokolich@usdoj.gov
5  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
6  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
7
   *Attorneys for Plaintiff*
8  *The United States of America*

9                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
10

11 | UNITED STATES OF AMERICA,        | Case No. 2:21-cr-00073-JCM-EJY
12 |         Plaintiff,                | CRIMINAL INFORMATION
13 |   vs.                             | VIOLATION:
14 | KELTON SIMON,                     | 18 U.S.C. §§ 1361 and 2 – Depredation
                                       | Against Property of the United States
15 |         Defendant.                |

16

17

18 THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES

19 THAT:

20                                Count One
                  Depredation Against Property of the United States
21                          (18 U.S.C. §§ 1361 and 2)

22   On or about May 30, 2020, in the state and Federal District of Nevada,

23                               KELTON SIMON,

24

defendant herein, willfully and by means of repeatedly throwing objects, did injure and commit a depredation against property of the United States and of any department or agency thereof, and property which had been manufactured and constructed for the United States, and any department or agency thereof, specifically the Foley Federal Building, located at 300 South Las Vegas Boulevard, Las Vegas, Nevada 89101, and the resulting damage was over one thousand dollars ($1000.00) all in violation of Title 18, United States Code, Sections 1361 and 2.

**DATED:** this 1 day of March, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kim Sokolich*
LISA CARTIER-GIROUX
KIMBERLY SOKOLICH
Assistant United States Attorney